1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   LISA ANN RODDY, et al.,

8            Plaintiff(s),                    No. C 11-3970 PJH

9        v.                                   **ORDER SCHEDULING TELEPHONIC
                                              CASE MANAGEMENT CONFERENCE**
10   AMERICAN MEDICAL SYSTEMS, INC.,

11            Defendant(s).
     _____/

12
         One or more of the parties has requested to appear telephonically at the Case

13
Management Conference ("CMC") scheduled for **December 1, 2011, at, 2:00 p.m.**.  The

14
courtroom is not equipped for telephonic appearances, but the court will conduct a

15
conference in chambers with **all** parties appearing telephonically before the regular CMC

16
calendar.  The conference will occur on **December 1, 2011 at 1:30 p.m.**  The

17
party/attorney requesting a telephonic appearance shall initiate the call to all parties and to

18
the court at (510) 637-1291.

19
         IT IS SO ORDERED.

20
Dated:  November 21, 2011

21
                                              _____
                                              PHYLLIS J. HAMILTON
22                                            United States District Judge

23

24

25

26

27

28