J. David Bickham (SBN 145449)
Email: dbickham@reedsmith.com
Phillip Babich (SBN 269577)
Email: pbabich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
American Medical Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA ANN RODDY and JOHN D. RODDY, DONNA HARRELL and TRENTON HARRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Case No. CV 11-03970-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR PERSONAL APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Hearing Date: December 1, 2011<br>Hearing Time: 1:30 p.m.<br>Place: Courtroom 3, 3rd Floor.<br><br>Complaint Filed: August 12, 2011<br><br>Honorable Phyllis J. Hamilton |

On November 18, 2011, the Court granted counsel for Defendant American Medical Systems, Inc. (AMS) request to appear telephonically. On November 21, 2011, counsel for Defendant AMS requested permission of the Court to appear in personal at the Case Management Conference scheduled for December 1, 2011, at 1:30 p.m., in the above-entitled Court. Upon agreement of the parties and upon consideration of the request, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

Defendant's request to appear in person at the Case Management Conference is **GRANTED**. The parties are to appear in person on December 1, 2011, at 2:00 p.m. Pacific Time or at such other time as the Court may become available to begin the Case Management Conference.

DATED: November 29, 2011.



CV 11-3970-PJH – 2 –

[PROPOSED] ORDER GRANTING REQUEST FOR PERSONAL APPEARANCE AT CASE MANAGEMENT CONFERENCE