J. David Bickham (SBN 145449)
Email: dbickham@reedsmith.com
Phillip Babich (SBN 269577)
Email: pbabich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
American Medical Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA ANN RODDY and JOHN D. RODDY, DONNA HARRELL and TRENTON HARRELL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | Case No. CV 11-03970-PJH<br><br>[**PROPOSED**] ORDER GRANTING REQUEST FOR PERSONAL APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Hearing Date: December 1, 2011<br>Hearing Time: 1:30 p.m.<br>Place: Courtroom 3, 3rd Floor.<br><br>Complaint Filed: August 12, 2011<br><br>Honorable Phyllis J. Hamilton |

1  On November 18, 2011, the Court granted counsel for Defendant American Medical
2  Systems, Inc. (AMS) request to appear telephonically.  On November 21, 2011, counsel for
3  Defendant AMS requested permission of the Court to appear in personal at the Case Management
4  Conference scheduled for December 1, 2011, at 1:30 p.m., in the above-entitled Court.  Upon
5  agreement of the parties and upon consideration of the request, and good cause appearing therefore,

7  **IT IS HEREBY ORDERED** that:

9  Defendant's request to appear in person at the Case Management Conference is **GRANTED**.
10 The parties are to appear in person on December 1, 2011, at 2:00 p.m. Pacific Time or at such other
11 time as the Court may become available to begin the Case Management Conference.

13 DATED: __November 29__, 2011.



CV 11-3970-PJH – 2 –

[PROPOSED] ORDER GRANTING REQUEST FOR PERSONAL APPEARANCE AT
CASE MANAGEMENT CONFERENCE