1 AMY ESKIN, ESQ., State Bar No. 127668
HERSH & HERSH
2 A Professional Corporation
601 Van Ness Avenue, Suite 2080
3 San Francisco, CA 94102-6316
(415) 441-5544
4

5 FIDELMA FITZPATRICK
*Appearing Pro Hac Vice*
6 JONATHAN D. ORENT
*Appearing Pro Hac Vice*
7 MOTLEY RICE LLC
321 South Main Street
8 Providence, RI 02903-7109
(401) 457-7700
9

10 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA ANN RODDY and JOHN D. RODDY, <br><br> DONNA HARRELL and TRENTON HARRELL, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN MEDICAL SYSTEMS, INC., <br><br> Defendant. | CASE NUMBER 4:11-CV-03970-PJH <br><br> STIPULATION RE DISMISSAL |

The parties, through their counsel of record, hereby stipulate that the claims of plaintiffs DONNA HARRELL and TRENTON HARRELL, only, be

///

- 1 -
STIPULATION RE DISMISSAL

dismissed, without prejudice, in the above-captioned matter.

HERSH & HERSH

Dated: 1/30/2012

By _____
Amy Eskin
Attorneys for Plaintiffs

REED SMITH LLP

Dated: 1/30/2012

By _____
David J. Bickham
Phillip H. Babich

**IT IS SO ORDERED**

Judge Phyllis J. Hamilton

2/6/12