1  AMY ESKIN, ESQ., State Bar No. 127668
   HERSH & HERSH
2  A Professional Corporation
   601 Van Ness Avenue, Suite 2080
3  San Francisco, CA  94102-6316
   (415) 441-5544
4

5  FIDELMA FITZPATRICK
   *Appearing Pro Hac Vice*
6  JONATHAN D. ORENT
   *Appearing Pro Hac Vice*
7  MOTLEY RICE LLC
   321 South Main Street
8  Providence, RI  02903-7109
   (401) 457-7700
9

10 Attorneys for Plaintiffs

11

12             IN THE UNITED STATES DISTRICT COURT

13      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 LISA ANN RODDY and JOHN D.        )   CASE NUMBER 4:11-CV-03970-PJH
   RODDY,                            )
17                                   )   STIPULATION RE DISMISSAL
                                     )
18 DONNA HARRELL and TRENTON         )
   HARRELL,                          )
19                                   )
                                     )
20            Plaintiffs,            )
                                     )
21 vs.                               )
                                     )
22 AMERICAN MEDICAL SYSTEMS,         )
   INC.,                            )
23                                   )
                                     )
24            Defendant.             )
                                     )
25
       The parties, through their counsel of record, hereby stipulate that the
26
   claims of plaintiffs DONNA HARRELL and TRENTON HARRELL, only, be
27
   ///
28
                                  - 1 -
                       STIPULATION RE DISMISSAL

HERSHANDHERSH
A Professional Corporation

1  dismissed, without prejudice, in the above-captioned matter.

2                                              HERSH & HERSH

3  Dated: 1/30/2012                            By _____
4                                                 Amy Eskin
                                                  Attorneys for Plaintiffs
5
                                               REED SMITH LLP
6

7  Dated: 1/30/2012                            By _____
8                                                 David J. Bickham
                                                  Phillip H. Babich
9

10

11

12

13

14                                                        2/6/12

15  IT IS SO ORDERED

16  Judge Phyllis J. Hamilton

17

18  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

HERSH AND HERSH
A Professional Corporation

- 2 -
STIPULATION RE DISMISSAL